CECIL LANDES, Appellant, *v.* VINCENT BARONE, Respondent.

Argued October 7, 1954; decided October 22, 1954.

*Salem G. Mansour* and *Robert F. Hille* for appellant.

*J. Carl Fogle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FROESSEL and VAN VOORHIS, JJ. Taking no part: FULD, J.